CINCINNATI (city) et v ALCORN
ALCORN v CINNATI (city) et

Ohio Supreme Court
No 21947.  Decided April 23, 1930

No 21995.  Decided April 23, 1930

Kinkade, Jones, Matthias, Day and Allen,
JJ., concur.

U. S. FIDELITY & GUARANTY CO v
DECKER, Admr, etc

Ohio Supreme Court
No 22104.  Decided April 23, 1930

Kinkade, Robinson, Jones, Matthias, Day
and Allen, JJ., concur.

WILLOUGHBY (village) v MALONE

Ohio Supreme Court
No 21977.  Decided April 23, 1930

Kinkade, Robinson, Jones and Matthias,
JJ., concur. Marshall, CJ., not partici-
pating.

NEFF LUMBER CO v FIRST NATIONAL
BANK OF ST. CLAIRESVILLE, Admr
NEFF LUMBER CO v CHERVENKO
NEFF LUMBER CO v DYKEN

Ohio Supreme Court
Nos 21918-19-20. Decided April 23, 1930

Kinkade, Robinson, Matthias and Day,
JJ., concur.